AO 93  (Rev. 11/13) Search and Seizure Warrant                                                                           AUSA Elie Zenner, (312) 697-4032

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | Case No. 22M860 |
| Information associated with the cellular telephone towers described in Attachment A stored at premises controlled by Sprint/Nextel, Verizon, T-Mobile, and AT&T, as further described in Attachment A | |

## SEARCH AND SEIZURE WARRANT

To: Dustin Gourley and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A.** The Court has the authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and

2711(3)(A)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before November 16, 2022 in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: November 2, 2022    11:15am

*Judge's signature*

City and State: Chicago, Illinois                                                                  JEFFREY COLE, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

Records and information associated with communications to and from the following cellular antenna towers ("cell towers") nearest to the identified locations below on the identified date and timeframe(s) that are within the possession, custody, or control of the cellular service provider(s) identified below:

1. On September 28, 2022, between 12:35 a.m. and 1:05 a.m. (Central Daylight Time), an aggravated vehicular hijacking occurred in the area of 855 West Erie, Kimball, Chicago, Illinois;

2. On September 28, 2022, between 2:00 a.m. and 2:30 a.m. (Central Daylight Time), an aggravated vehicular hijacking occurred in the area of 1211 West Cornelia, Chicago, Illinois;

3. On September 28, 2022, between 2:00 a.m. and 2:30 a.m. (Central Daylight Time), an aggravated vehicular hijacking occurred in the area of 1155 North California, Chicago, Illinois;

4. On September 28, 2022, between 3:40 a.m. and 4:10 a.m. (Central Daylight Time), an attempted aggravated vehicular hijacking occurred in the area of 2800 North Kimball, Chicago, Illinois;

5. On September 28, 2022, between 3:40 a.m. and 4:10 a.m. (Central Daylight Time), an aggravated vehicular hijacking occurred in the area of 1402 North Western, Chicago, Illinois;

6. On September 29, 2022, between 10:50 p.m. and 11:20 p.m. (Central Daylight Time), an attempted aggravated vehicular hijacking occurred in the area of 224 North Racine, Chicago, Illinois;

7. On September 28, 2022, between 11:15 p.m. and 11:45 p.m. (Central Daylight Time), an aggravated vehicular hijacking occurred in the area of 1405 West Erie, Chicago, Illinois;

8. On September 28, 2022, between 11:50 p.m. and 12:10 a.m. (Central Daylight Time), an armed robbery occurred in the area of 2632 West Lawrence, Chicago, Illinois;

9. On September 29, 2022, between 11:55 p.m. and 12:25 a.m. (Central Daylight Time), an armed robbery occurred in the area of 4639 North Rockwell, Chicago, Illinois;

10. On September 29, 2022, between 12:00 a.m. and 12:30 a.m. (Central Daylight Time), an armed robbery occurred at 7-11, located at 2900 West Montrose, Chicago, Illinois;

11. On September 29, 2022, between 12:30 a.m. and 1:00 a.m. (Central Daylight Time), a foot chase occurred with the occupants of a vehicle taken in an aggravated vehicular hijacking, leading to the arrest of two offenders and the recovery of two firearms in the area of 3810 West Monroe, Chicago, Illinois; (collectively, the "**Subject Locations**").

The following cellular service providers are required to disclose information to the United States pursuant to this warrant:

- AT&T, a cellular service provider headquartered in Dallas, Texas;

- Sprint/Nextel, a cellular service provider headquartered in Overland Park, Kansas;

- Verizon Wireless, a cellular service provider headquartered in New York, New York; and

- T-Mobile USA, a cellular services provider headquartered in Bellevue, Washington.

## ATTACHMENT B

## Particular Things to be Seized

### I. Information to be Disclosed by the Provider

For each cell tower described in Attachment A, the cellular service providers identified in Attachment A are required to disclose to the United States records and other information (not including the contents of communications) about all communications made using the cellular tower(s) identified in Attachment A during the corresponding timeframe(s) listed in Attachment A, including records that identify:

    a. the telephone call number and unique identifiers for each wireless device within the vicinity of the three cell towers closest to the locations identified above ("the locally served wireless device") that registered with the cell tower, including Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), and International Mobile Equipment Identities ("IMEI");

    b. the source and destination telephone numbers associated with each communication (including the number of the locally served wireless device and the number of the telephone that transmitted a communication to, or to which a communication was transmitted by, the locally served wireless device);

43

c. the source and destination IP address associated with each data transfer communication;

d. the date, time, and duration of each communication or data transfer session;

e. the "sectors" (i.e., the facts of the towers) that received a radio signal from each locally served wireless device; and

f. the type of the communication transmitted through the tower (such as phone call or text message).

g. any and all available additional location information for the cell phones utilizing the cell towers, previously described, to include but not limited to include "range to tower" information, GPS, and triangulation information (referred to as Per Call Measurement Data, RTT Data, Timing Advance Data, or Nelos/LOCDBOR Data) for all telephone numbers and/or electronic devices utilizing the cell towers.

These records should include records about communications that were initiated before or terminated after the timeframes identified in Attachment A if some part of the communication occurred during the relevant timeframes listed in Attachment A.

**II. Information to be Seized by the Government**

All information described in Section I of this Attachment that constitutes evidence of violations of Title 18, United States Code, Section 2119, 924(c), and 1951,

44

and relates to any devices that utilized towers at two or more locations described in Attachment A during the specified time period.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant